James H. CORBITT, Trustee in Bankruptcy of Arthur Stockton Blount, Individually and Trading as SUFFOLK MARBLE WORKS, Bankrupt, Appellant, v. J. S. LEGGETT, Appellee.

No. 3890.

Circuit Court of Appeals, Fourth Circuit.

Oct. 21, 1935.

Hugh L. Holland, of Suffolk, Va. (James H. Corbitt, of Suffolk, Va., on the brief), for appellant.

William S. Holland, of Suffolk, Va., for appellee.

Before PARKER, NORTHCOTT, and SOPER, Circuit Judges.

PER CURIAM.

This is an appeal from an order entered in the District Court of the United States for the Eastern District of Virginia, at Norfolk, in the matter of Arthur Stockton Blount, individually and trading as Suffolk Marble Works. The order complained of held that a paper writing, executed by the bankrupt purporting to convey certain property to secure a debt of $7,000, created a valid lien upon the property conveyed. The instrument was recorded more than four months prior to the adjudication of Blount as a bankrupt, and according to the evidence the transaction was a bona fide one and the instrument was given to secure a debt honestly due.

While the instrument in question was defective in many respects, an examination of it leads us to the conclusion that the judge below was right in holding that it created a valid lien upon the property. Murphy's Hotel Company, Inc., et al. v. Herndon's Administrator et al., 120 Va. 505, 91 S.E. 634.

Affirmed.

In the Matter of CONSOLIDATED GAS UTILITIES COMPANY.

Petition of Wilbur J. HOLLEMAN.

No. 1193.

Circuit Court of Appeals, Tenth Circuit.

Dec. 4, 1934.

J. H. Maxey, of Tulsa, Okl., for petitioner.

B. A. Ames, of Oklahoma City, Okl., for First Mortgage Bondholders' Protective Committee.

Streeter B. Flynn, of Oklahoma City, Okl., for Logan W. Cary, trustee.

Before LEWIS and PHILLIPS, Circuit Judges, and SYMES, District Judge.

PER CURIAM.

Petition for appeal denied.